**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>     Plaintiff,     )<br>           )<br>     v.         )        2:10-CR-391-GMN (GWF)<br>           )<br>CAROLINE VIGIL,       )<br>           )<br>     Defendant.     )  | |

**ORDER OF FORFEITURE**

On November 10, 2011, defendant CAROLINE VIGIL pled guilty to Count One of a One-Count Criminal Superseding Information charging her in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 371 and 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Superseding Information and agreed to in the Plea Memorandum.

This Court finds that CAROLINE VIGIL shall pay a criminal forfeiture money judgment of $65,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CAROLINE VIGIL a criminal forfeiture money judgment in the amount of $65,000.00 in United States Currency.

**DATED** this 18th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge