FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                      DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:10-CR-391-GMN-(GWF) |
| CAROLINE VIGIL, | ) ) | |
| Defendant. | ) ) | |

### ORDER OF FORFEITURE

This Court found on November 21, 2011, that CAROLINE VIGIL shall pay a criminal forfeiture money judgment of $65,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 80.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CAROLINE VIGIL, a criminal forfeiture money judgment in the amount of $65,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 16 day of NOV , 2012.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Caroline Vigil**
**2:10-cr-00391-GMN-RJJ**
**Restitution List**

FILED
ENTERED                    RECEIVED
                           SERVED ON
                COUNSEL/PARTIES OF RECORD

NOV 1 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

FDIC
as Trustee for Indymac Bank FSB
FDIC Restitution Payments
P.O. Box 971774
Dallas, Texas 75397-1774

~~$295,000.00~~   ~~136,029.63~~

~~114,000.00~~

250,029.63